UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 10568
   MARSHA MORRIS
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-6188
```

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 08/28/06 and confirmed on 12/22/06.

   2. The case was dismissed after confirmation, 01/11/2008.

   3. The Debtor paid a total of $   5999.86 .

   4. The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS BANK CONSUMER LOA | SECURED | 9416.00 | 719.01 | 3110.12 |
| SEVENTH AVENUE | UNSECURED | 166.01 | .00 | .00 |
| AMERICAN CASH N GO | UNSECURED | 3337.50 | .00 | .00 |
| AT&T BANKRUPTCY | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 635.90 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | 326.70 | .00 | .00 |
| MIDNIGHT VELVET | UNSECURED | 87.97 | .00 | .00 |
| PEOPLES GAS | UNSECURED | 295.70 | .00 | .00 |
| ECMC | UNSECURED | 5843.81 | .00 | .00 |
| STEFANS STEFANS & STEFAN | REIMBURSEMENT | 174.00 | .00 | 174.00 |

         Summary of disbursements:
--------------------------------------------------------------------------------

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9416.00 | 174.00 | 10693.59 | .00 | 20283.59 |
| PRINCIPAL PAID | 3110.12 | 174.00 | .00 | .00 | 3284.12 |
| INTEREST PAID | 719.01 | .00 | .00 | .00 | 719.01 |
| TOTAL PAID | 3829.13 | 174.00 | .00 | .00 | 4003.13 |

The Debtor's attorney, STEFANS STEFANS & STEFANS    , was allowed $   2500.00
and was paid $    1346.87 .

The Trustee received $    216.86 .

Refunds to the Debtor totaled $    433.00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 11/12/08                          /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```